# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thynge, Mary P. | 2. Court or Organization<br><br>U.S. District Court--Delaware | 3. Date of Report<br><br>5/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Magistrate-Judge Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
844 King Street, Unit 8
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Annual Income -- Catania Engineering Assoc., Inc. (Independent Contractor) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University | 5/2/2011 - 5/3/2011 | Washington, D.C. | Non-FJC Education Seminar | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 5/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SEI Managed Account | Management Fees | J |
| 2. | Ameriprise | Management Fees | J |
| 3. | John Hancock | Management Fees | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Checking Account Wilmington, Delaware | A | Interest | M | T | | | | | |
| 2. Wachovia Money Market Account Wilmington, Delaware | A | Interest | L | T | | | | | |
| 3. Blackrock National Municipal Institutional Class | A | Div & Int | J | T | | | | | |
| 4. Jackson Life Ins. Co. | C | Int/Prin | L | T | Distributed (part) | 05/04/11 | J | A | None |
| 5. Jackson Life Ins. Co. | B | Int/Prin | L | T | Distributed (part) | 05/04/11 | J | A | None |
| 6. Blackrock Equity Funds (X) | A | Dividend | J | T | Buy | 10/20/11 | J | | None |
| 7. Rali Series Trust 2007 QS1 | | None | K | T | | | | | |
| 8. American Life (Annuity) | A | Dividend | L | T | | | | | |
| 9. John Hancock (Annuity) | B | Dividend | M | T | | | | | |
| 10. Tandy Corporation▮ | A | Dividend | J | T | | | | | |
| 11. PNC Bank Checking▮ | | None | J | T | | | | | |
| 12. PSER, Harrisburg, PA▮ | A | Interest | K | T | | | | | |
| 13. DPL▮ | A | Dividend | | | Sold | 9/29/11 | J | A | None |
| 14. BRT▮ | | None | J | T | | | | | |
| 15. ERF▮ | A | Dividend | J | T | | | | | |
| 16. FDMLQ▮ | | None | J | T | | | | | |
| 17. T▮ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PFE | A | Dividend | J | T | | | | | |
| 19. FNB | A | Dividend | J | T | | | | | |
| 20. Bottomline Home | | None | J | T | | | | | |
| 21. MSFT | A | Dividend | J | T | | | | | |
| 22. Radio Shack | A | Dividend | J | T | | | | | |
| 23. Dell | | None | J | T | | | | | |
| 24. CIEN | | None | J | T | | | | | |
| 25. Yahoo | | None | J | T | | | | | |
| 26. JDSU | | None | J | T | | | | | |
| 27. Cisco | | None | J | T | | | | | |
| 28. Cisco | | None | J | T | | | | | |
| 29. LVLT (formerly BWNG) | | None | | | Sold | 10/20/11 | J | C | None |
| 30. AKAM | | None | J | T | | | | | |
| 31. MSFT | A | Dividend | J | T | | | | | |
| 32. Allianz (RBGHX) | | None | J | T | | | | | |
| 33. MDSW (DFRAX) (X) | A | Dividend | J | T | Buy | 11/26/11 | J | | None |
| 34. Freddie Mac Series 2639 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Frontier Master Series | B | Dividend | K | T | | | | | |
| 36. FAZ | | None | J | T | | | | | |
| 37. BRT | | None | | | Sold | 4/26/11 | J | B | None |
| 38. DPL | A | Dividend | | | Sold | 11/29/11 | J | A | None |
| 39. FNMA REMIC | A | Interest | J | T | | | | | |
| 40. HSBC Bank | | None | J | T | | | | | |
| 41. Freddie Mac REMIC 1274L | A | Interest | J | T | | | | | |
| 42. Treasury Index Inflation Note | A | Interest | J | T | | | | | |
| 43. CS First Boston | A | Interest | J | T | Sold (part) | 4/28/11 | J | A | None |
| 44. JP Morgan Chase | | None | J | T | | | | | |
| 45. Residential Asset Sec. Corp. (X) | | None | J | T | Buy | 4/26/11 | J | | None |
| 46. ETrade BK█ (X) | A | Interest | J | T | Open | 2/3/11 | J | | None |
| 47. SILA█ (X) | A | Dividend | J | T | Buy | 4/28/11 | J | | None |
| 48. SUI█ (X) | A | Dividend | J | T | Buy | 4/28/11 | J | | None |
| 49. NZT█ (X) | A | Dividend | J | T | Buy | 4/28/11 | J | | None |
| 50. CTL█ (X) | A | Dividend | J | T | Buy | 4/28/11 | J | | None |
| 51. FEMDW█ | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Extended Ins. Sweep Dep. Acct ▨ | A | Interest | J | T | | | | | |
| 53.  Freddie Mac Series 2783 | A | Interest | J | T | | | | | |
| 54.  Bank Amer Series 2005-5 | A | Interest | J | T | | | | | |
| 55.  Ameriprise MM Account | A | Interest | J | T | | | | | |
| 56.  IENBX | | None | J | T | | | | | |
| 57.  Pru Jenn 20/20 Focus | | None | J | T | | | | | |
| 58.  SEI: TMKCN | A | Dividend | M | T | | | | | |
| 59.  SEI: STMSX | A | Dividend | K | T | | | | | |
| 60.  SEI: TMMAX | A | Dividend | K | T | | | | | |
| 61.  SEI: SEITX | A | Dividend | L | T | | | | | |
| 62.  SEI: SIEMX | A | Dividend | K | T | | | | | |
| 63.  SEI: SEIMX | A | Dividend | L | T | | | | | |
| 64.  SEI: SRAAX | A | Dividend | K | T | | | | | |
| 65.  SEI: SEATX | A | Dividend | K | T | | | | | |
| 66.  SEI: SITEX | A | Dividend | J | T | | | | | |
| 67.  SEI: SEFIX | A | Dividend | J | T | | | | | |
| 68.  SEI: TPRXX | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  SEI: SPHXX | A | Interest | J | T | | | | | |
| 70.  SEI CASH ACCESS | A | Interest | J | T | | | | | |
| 71.  NOVASTAR HEQ | | None | J | T | Buy | 4/26/11 | J | | None |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary P. Thynge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544